UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

DANIEL E. HARP, JR.,              :
                                  :  Civil Action No. 09-4832 (JBS)
          Plaintiff,              :
                                  :
                                  :
     v.                           :  **ORDER**
                                  :
GEORGE W. HAYMAN, et al.,         :
                                  :
          Defendants.             :

     For the reasons expressed in the Court's Opinion filed herewith,

     It is on this 18th day of June, 2010,

     ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), the application by Plaintiff, Daniel E. Harp, Jr., to proceed <u>in forma pauperis</u> is hereby GRANTED; and it is further

     ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

     ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the Warden at the South Woods State Prison; and it is further

     ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE, in its entirety, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim at this time.

                                                */s/ Jerome B. Simandle*
                                                JEROME B. SIMANDLE
                                                United States District Judge